# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

July 26, 2019

Lyle W. Cayce
Clerk

No. 19-40079
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ALDO SALAZAR-MARTINEZ,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:17-CR-909-1

Before JOLLY, JONES, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Aldo Salazar-Martinez pleaded guilty to importing 500 grams or more of cocaine. He contends, for the first time on appeal, that his conviction was not supported by an adequate factual basis because the Government failed to prove that he knew the type and quantity of drugs involved in his offense.

As Salazar-Martinez concedes, his claim is foreclosed by *United States v. Betancourt*, 586 F.3d 303, 308-09 (5th Cir. 2009), which concluded that *Flores-*

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 19-40079

*Figueroa v. United States*, 556 U.S. 646 (2009), did not overturn *United States v. Gamez-Gonzalez*, 319 F.3d 695 (5th Cir. 2003), and that the Government is not required to prove knowledge of the drug type and quantity as an element of an offense arising under 21 U.S.C. § 841.  The Government therefore did not have to establish that Salazar-Martinez was aware of the type and quantity of controlled substances involved in his offense under the analogous statute of 21 U.S.C. § 960(a)(1), (b)(2).

Thus, Salazar-Martinez's motion for summary disposition is GRANTED, and the district court's judgment is AFFIRMED.